David Jerome PARKER

v.

STATE

CR-14-0091

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

Matthew Blake SHAW

v.

STATE

CR-14-0094

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Robert J. GRICE

v.

STATE

CR-14-0098

Court of Criminal Appeals of Alabama.

01/23/2015

Affirmed

Raymond Dennis EARL

v.

STATE

CR-14-0099

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Jeffrey WHITERS

v.

ALABAMA BD. OF PARDONS
& PAROLES

CR-14-0102

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed